IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL L. BULLARD,

   Petitioner,

     v.                                                                  CIVIL ACTION FILE
                                                                        NO. 1:13-CV-2848-TWT

RALPH KEMP
Warden, Jenkins Correctional Center,

   Respondent.

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 9] of the Magistrate Judge recommending that the Petitioner be dismissed. The Petitioner's guilty plea waived any claim that the search of his house was illegal. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, trial counsel were not ineffective in failing to file a motion to suppress and the Petitioner has not shown prejudice. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Petition is DISMISSED. No Certificate of Appealability will be issued.

T:\ORDERS\13\Bullard\r&r.wpd

SO ORDERED, this 14 day of February, 2014.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge